RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 1/7/13

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| ANDREW DIXON | * | CIVIL ACTION NO. 11-2100 |
| VERSUS | * | JUDGE ROBERT G. JAMES |
| WARDEN, LOUISIANA STATE PENITENTIARY | * | MAG. JUDGE KAREN L. HAYES |

# J U D G M E N T

The Report and Recommendation [Doc. No. 15] of the Magistrate Judge having been considered, together with the written objections [Doc . No. 16] thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Petitioner's Petition for Writ of *Habeas Corpus* under 28 U.S.C. § 2254 [Doc. No. 1] is hereby **DENIED AND DISMISSED WITH PREJUDICE**.

MONROE, LOUISIANA, this 7 day of January, 2013.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE